IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DAMIEN CHRISTOPHER HAYES,**

    **Plaintiff,**

v.                                              Case No. 4:16cv28-MW/CAS

**DR. FRANCIS ONG, et al.,**

    **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 48.  Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The motion to dismiss, ECF No. 24, filed by Dr. Ong is **DENIED**.  Dr. Ong is **required to respond** to the Complaint.  This case is **remanded** to the Magistrate Judge for further proceedings.

**SO ORDERED on November 15, 2016.**

                                                  **s/Mark E. Walker       \_\_\_\_
                                                United States District Judge**