IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DAMIEN CHRISTOPHER HAYES,**

    **Plaintiff,**

v.                                           Case No. 4:16cv28-MW/CAS

**DR. FRANCIS ONG, et al.,**

    **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Second Report and Recommendation. ECF No. 79. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The second report and recommendation is **accepted and adopted** as this Court's opinion. The motion for summary judgment filed by Defendant Ong, ECF No. 63, is **GRANTED**. The summary judgment motion filed by Plaintiff, ECF No. 64, is **DENIED**. The summary judgment motion filed by Defendants Bucarelli, Lee, Campbell, and Winree, ECF No. 66, is **GRANTED**. Plaintiff's claim against Dr. Delacerna is **DISMISSED** pursuant to Federal Rule of Civil Procedure 12(b)(5) for failure to serve the Defendant with process. The Clerk shall enter judgment stating,

1

"Plaintiff's claims against Defendants are dismissed." The Clerk shall close the file.

SO ORDERED on September 28, 2017.

s/Mark E. Walker         ____
**United States District Judge**
